The People of the State of Illinois, Plaintiff-Appellee, *v.* Gregory Gates, a/k/a Wesley Jackson, Defendant-Appellant.

(No. 61268;

First District (3rd Division)—July 3, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.